## SETTLEMENT AGREEMENT

This Settlement Agreement is made and entered into by and between Shannon Dardar and Anthony Dardar (referred to as Plaintiffs), Mike Evans and Green Harbors, LLC (referred to as Defendants), and Christopher L. Williams and Williams Litigation, LLC (sometimes collectively referred to as "Williams"), who agree to the following:

Mike Evans and Green Harbors, LLC agree to pay Shannon Dardar and Anthony Dardar $8,700.00 in exchange for the agreements of Shannon Dardar, Anthony Dardar, and Williams stated herein. In exchange for the payment, Shannon Dardar and Anthony Dardar agree to compromise, forever resolve, release and discharge, and dismiss with prejudice: (1) All claims Shannon Dardar and Anthony Dardar asserted against Mike Evans and Green Harbors, LLC in the lawsuit filed in the United States District Court for the Eastern District of Louisiana, titled *Shannon Dardar and Anthony Dardar v. Green Harbors, LLC, Costa Environmental Services, LLC, Mike Evans, and Truit Acosta*, Case No. 19 – 12492 (the "Lawsuit") alleging violation of the Fair Labor Standards Act and Louisiana Wage Payment Law; and (2) All claims Shannon Dardar and Anthony Dardar could have asserted against Mike Evans and Green Harbors, LLC for any time at or for anything related to the dredging job at issue in the Lawsuit, including but not limited to any claims for personal injury and medical expenses, including any personal injury or medical claim of Anthony Dardar.

From the $8,700.00 mentioned above, $3,000.00 shall be paid to Williams. The $3,000.00 shall be new money, over and above a prior $400 received from Plaintiffs. In exchange for the payment, and the general release set forth in this paragraph of the Agreement, Williams agrees to compromise, forever resolve, release and discharge, and dismiss with prejudice all claims he asserts or could have asserted against Shannon Dardar and Anthony Dardar. By the same token, Shannon Dardar and Anthony Dardar agree to release Williams from all claims of any nature whatsoever, known and unknown, asserted or unasserted as of the date of execution of this Agreement. The release of claims by Shannon Dardar and Anthony Dardar in favor of Williams is intended to be a general release of claims. By the same token, the release of claims by Williams in favor of Shannon Dardar and Anthony Dardar is intended to be a general release.

Further, in exchange for the payments and agreements stated herein, Williams and Mike Evans and Green Harbors, LLC, hereby agree to a reciprocal restrictive release by which they compromise, forever resolve and hereby release and discharge each other from all claims for attorney's fees, any claims related to attorney's fees, and any causes of action associated with the right to attorney's fees including any state law remedy for tortious interference with contract arising from or related to the Lawsuit.

Payment is due to Christopher L. Williams seven days following the Court's approval of this Settlement Agreement Payment to Shannon Dardar and Anthony Dardar will be made over six months starting on August 15, 2020; the 1st five payments will be in the amount of $1,000; the last payment will be in the amount of $700.

_____
Shannon Dardar, Plaintiff

_____
Witness

_____
Witness

Sworn to and subscribed before me,
Notary Public, this 7 day of JULY, 2020.

_____
Notary Public
BRIAN J. RHINEHART
10 15756

_____
Christopher L. Williams, La. Bar No: 32269

_____
Witness
Michael J. Sa__

_____
Witness

_____
Notary Public
BAR # 35715

_____
Anthony Dardar, Plaintiff

_____
Witness

_____
Witness

Sworn to and subscribed before me,
Notary Public, this 7 day of JULY, 2020.

_____
Notary Public
BRIAN RHINEHART
13576

_____
Williams Litigation, LLC
By Christopher L. Williams

_____
Witness
Michael J. Sa__

_____
Witness

_____
Notary Public
BAR # 35715

*[signature]*
Mike Evans, Defendant

*[signature]*
Witness

*[signature]*
Witness

Sworn to and subscribed before me,
Notary Public, this ___ day of July, 2020.

*[signature]*
Notary Public

Michael J. Monistere
Notary Public
Orleans Parish, State of Louisiana
Notary Identification No. 21360
My Commission is issued for Life

*[signature]*
Green Harbors, LLC, Defendant,
By Mike Evans, Member

*[signature]*
Witness

*[signature]*
Witness

Sworn to and subscribed before me,
Notary Public, this ___ day of July, 2020.

*[signature]*
Notary Public

Michael J. Monistere
Notary Public
Orleans Parish, State of Louisiana
Notary Identification No. 21360
My Commission is issued for Life