| | |
|---|---|
| SHANNON DARDAR AND ANTHONY DARDAR<br><br>v.<br><br>GREEN HARBORS, LLC, COSTA ENVIRONMENTAL SERVICES, LLC, MIKE EVANS, AND TRUIT ACOSTA | CIVIL ACTION NO: 2:19 - 12492<br><br>JUDGE:           LEMMON<br><br>MAGISTRATE:    ROBY |

## ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

This matter is before the court upon the parties' Joint Motion for Approval of Settlement ("Joint Motion"). This case involves claims under the Faith Labor Standards Act, 29 U.S.C. § 201 *et seq.*, for alleged unpaid overtime wages, and claims under the Louisiana Wage Payment Law.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act ("FLSA"), or a violation of the Louisiana Wage Payment law, willful, intentional, or otherwise. The Court has reviewed the parties' Joint Motion and the Settlement Agreement. The Court is also aware of the exchange of relevant information by means of informal discovery, and the Court is of the opinion that *bona fide* disputes exist over the application of relevant provisions of the FLSA, 29 U.S.C. § 201 *et seq.*, most particularly the amount of overtime compensation due, if any. In light of the above, the Court is of the opinion that the parties' settlement reflects a fair and reasonable resolution of these *bona fide* disputes. Consequently, the court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the settlement and the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as to Plaintiff and Plaintiffs' former Counsel as described in the Settlement Agreement and ORDERS Defendants to make payments accordingly.

4. The Court DISMISSES this case WITHOUT PREJUDICE to reinstatement within sixty (60) days of this Order if any party represents to the Court that final settlement documentation could not be completed. After that date, the dismissal of this case is to be "with prejudice." Each party is to bear its/their own expenses and attorney fees unless noted otherwise in the Settlement Agreement.

New Orleans, Louisiana, this 21st day of July, 2020.

_____
**UNITED STATES DISTRICT JUDGE**